# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC GRIFFIN, JOHN FINCH, DERRICK ROBINSON, PAMELA C. FARNSWORTH, | |
| Plaintiff(s), | 2:07-cv-1266-RLH-RJJ |
| vs. | **O R D E R** |
| DEPT. OF DEFENCE, DONALD RUMSFIELD, Secretary of Defence, T.T.C. and CIA, | |
| Defendant(s). | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#11, filed January 9, 2008), entered by the Honorable Robert J. Johnston, regarding Plaintiff John Finch's failure to pay the filing fee, failure to file an Application for Leave to Proceed *In Forma Pauperis*, and failure to attend a hearing ordered by the Court; and, Plaintiff Derrick Robinson's failure to pay the filing fee, failure to file an Application for Leave to Proceed *In Forma Pauperis*, and failure to appear at a hearing as ordered by the Court. No objection was filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge[1] in

---

[1] There was a motion to reopen the case filed by another *pro se* plaintiff, but, inasmuch as that *pro se* Plaintiff cannot represent the two Plaintiffs addressed in Judge Johnston's Report and Recommendation, that cannot constitute an objection and will be addressed in a separate order.

1  accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for
2  the District of Nevada, and the matter was submitted for consideration.

3      The court has conducted a *de novo* review of the record in this case in accordance
4  with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and
5  Recommendation of Magistrate Judge Johnston should be accepted and adopted.

6      IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
7  tion (#11, entered January 9, 2008) is AFFIRMED and ADOPTED, and the case is dismissed as to
8  Plaintiffs John Finch and Derrick Robinson.

9      Dated: February 12, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**